*Willhite, Petitioner, v. Farmers New World Life Ins. Co. et al., Respondents*, No. 92446-5. Petition for review of a decision of the Court of Appeals, No. 71526-7-I, August 10, 2015, 189 Wn. App. 1024. *Denied* March 30, 2016.

*State, Respondent, v. Wilson, Petitioner*, No. 92452-0. Petition for review of a decision of the Court of Appeals, No. 72167-4-I, September 28, 2015, 190 Wn. App. 1018. *Denied* March 30, 2016.

*State, Respondent, v. Ross, Petitioner*, No. 92453-8. Petition for review of a decision of the Court of Appeals, No. 31972-5-III, September 10, 2015, 190 Wn. App. 1002. *Denied* March 30, 2016.

*Walmart Stores, Inc., Petitioner, v. United Food & Commercial Workers Int'l Union et al., Respondents*, No. 92469-4. Petition for review of a decision of the Court of Appeals, No. 45442-4-II, June 30, 2015, 190 Wn. App. 14. *Denied* March 30, 2016.

*State, Respondent, v. Moore, Petitioner*, No. 92470-8. Petition for review of a decision of the Court of Appeals, No. 32654-3-III, October 1, 2015, 190 Wn. App. 1024. *Denied* March 30, 2016.

*State, Respondent, v. Newland, Petitioner*, No. 92471-6. Petition for review of a decision of the Court of Appeals, No. 46147-1-II, October 6, 2015, 190 Wn. App. 1028. *Denied* March 30, 2016.

*State, Respondent, v. Dempsey, Petitioner*, No. 92474-1. Petition for review of a decision of the Court of Appeals, No. 72168-2-I, September 28, 2015, 190 Wn. App. 1018. *Denied* March 30, 2016.

*State, Respondent, v. Ramirez Diaz, Petitioner*, No. 92476-7. Petition for review of a decision of the Court of Appeals, No. 46016-5-II, October 6, 2015, 190 Wn. App. 1028. *Denied* March 30, 2016.